```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10083
    LYNDA JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-0352


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 06/05/2007 and was confirmed 08/20/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was converted to chapter 7 after confirmation 10/29/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
GMAC MORTGAGE            CURRENT MORTG        .00           .00            .00
GMAC MORTGAGE            MORTGAGE ARRE        .00           .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY          303.57           .00         303.57
AMERICREDIT FINANCIAL SV UNSECURED        14740.48          .00        2621.99
COMCAST                  UNSECURED        NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED          499.78          .00          75.66
UNIVERSITY OF CHICAGO HO UNSECURED        NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED           60.30          .00            .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED         .00            .00
DAVID M SIEGEL           DEBTOR ATTY      2,624.00                     2,624.00
TOM VAUGHN               TRUSTEE                                         448.74
DEBTOR REFUND            REFUND                                          686.04

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              6,760.00

PRIORITY                                       303.57
SECURED                                           .00
UNSECURED                                    2,697.65
ADMINISTRATIVE                               2,624.00
TRUSTEE COMPENSATION                           448.74
DEBTOR REFUND                                  686.04
                   ---------------       ---------------
TOTALS                6,760.00                6,760.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10083 LYNDA JOHNSON
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09            _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 07 B 10083 LYNDA JOHNSON